COPY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>SiRF TECHNOLOGY, INC. | SACV08-546 AG (ANx) |
| DEFENDANT(S). | SUMMONS |

FOR OFFICE USE ONLY

TO: DEFENDANT(S): SiRF TECHNOLOGY, INC.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Thomas J. Wimbiscus_____, whose address is McAndrews, Held & Malloy, Ltd., 500 W. Madison, 34th Floor, Chicago, IL 60661___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 1 4 2008

By: DODJIE GARGANTOS
Deputy Clerk

(Seal of the Court)

FOR OFFICE USE ONLY

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*